# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEO YIP, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01189-GMN-CWH |
| vs. | ) **ORDER** |
| QUALITY FINANCIAL, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Order Compelling Counsel for GMS Automotive to attend the March 13, 2012, Hearing (#35), filed March 8, 2012.

The Court has reviewed the motion and finds the requested relief unnecessary. The Court's Order setting the hearing on Plaintiff's motion to compel states: "A Motion Hearing is set for **March 13, 2012, at 1:30 PM** in LV Courtroom 3C before Magistrate Judge Carl W. Hoffman." *See* Min. Order (#33). The Local Rules provide that "[a] party that has appeared through counsel cannot while so represented appear or act in the case." LR IA 10-6(a). Defendant GMS Automotive has appeared in this matter through attorney Michael D. Mazur. Mr. Mazur remains counsel of record. It goes without saying that, unless ordered otherwise, an attorney must appear to represent his client at hearings. An attorney who fails to appear when required for argument on a motion without just cause is subject to sanction. LR IA 4-1(a). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Compelling Counsel for GMS Automotive to attend the March 13, 2012, Hearing (#35) is **denied**.

DATED this 9th day of March, 2012.

_____
**C.W. Hoffman, JR.**
**United States Magistrate Judge**