# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEO YIP, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01189-GMN-CWH |
| vs. | ) **ORDER** |
| QUALITY FINANCIAL, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Order Directing the U.S. Marshals Service to Contact Counsel for Defendant, GMS Automotive LLC (#47), filed April 10, 2012.

The Court has reviewed the motion and finds the requested relief unnecessary. The Court's Second Order to Show Cause (#43) requires that Defendant counsel personally appear for the hearing and if he fails to do so the Court will recommend sanctions including contempt, striking Defendant GMS Automotive LLC's answer and entering default, and requiring counsel to show cause why the Court should not impose limitations on his license to practice before the Court. The Court finds that these remedies for failure to appear are adequate. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Directing the U.S. Marshals Service to Contact Counsel for Defendant, GMS Automotive LLC (#47) is **denied**.

DATED this 11th day of April, 2012.

**C.W. Hoffman, JR.**
**United States Magistrate Judge**