1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

LEO YIP,

8

              Plaintiff,

9

vs.

10

QUALITY FINANCIAL, INC., *et al*.,

11

          Defendants.

2:11-cv-1189-GMN-CWH

**ORDER**

12
13
14

This matter came is before the Court on Plaintiff Leo Yip's Motion Requesting Postponement of June 5, 2012 Settlement Conference (#58), filed May 18, 2012.

15
16
17
18
19

Plaintiff currently has a Motion for Leave to File Second Amended Complaint (#46) which seeks to add Dependable Recovery & Repo, LLC as a defendant.  Plaintiff requests that the settlement conference be postponed in the event that his motion to amend is granted and Dependable needs to served with the complaint.  Plaintiff also wishes to conduct depositions of Defendants prior to the conference.

20
21

The Court will therefore vacate the June 5, 2012 settlement conference.  The parties may request a settlement conference with the Court at a later date.

22

Accordingly,

23
24

**IT IS HEREBY ORDERED** that Plaintiff's Motion (#58) is **GRANTED**.  The Settlement Conference set for June 5, 2012 is **VACATED**.

25

DATED this 21st day of May, 2012.

26
27
28

_____
C.W. Hoffman, Jr.
United States Magistrate Judge