1

2

3

4                          UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                     * * *

7    LEO YIP,                          )
                                       )
8                    Plaintiff,        )        2:11-cv-1189-GMN-CWH
                                       )
9    vs.                               )        **ORDER**
                                       )
10   QUALITY FINANCIAL, INC., *et al*.,)
                                       )
11                   Defendants.       )
     _____)

12

13          This matter came is before the Court on Plaintiff Leo Yip's Motion Requesting

14   Postponement of June 5, 2012 Settlement Conference (#58), filed May 18, 2012.

15          Plaintiff currently has a Motion for Leave to File Second Amended Complaint (#46)

16   which seeks to add Dependable Recovery & Repo, LLC as a defendant.  Plaintiff requests that

17   the settlement conference be postponed in the event that his motion to amend is granted and

18   Dependable needs to served with the complaint.  Plaintiff also wishes to conduct depositions of

19   Defendants prior to the conference.

20          The Court will therefore vacate the June 5, 2012 settlement conference.  The parties may

21   request a settlement conference with the Court at a later date.

22           Accordingly,

23          **IT IS HEREBY ORDERED** that Plaintiff's Motion (#58) is **GRANTED**.  The

24   Settlement Conference set for June 5, 2012 is **VACATED**.

25          DATED this 21st day of May, 2012.

26

27                                              _____
                                                C.W. Hoffman, Jr.
28                                              United States Magistrate Judge